1  James J. Gold, Esq. #80100
2  Norma L. Hammes, Esq. #80149
   Jessica A. Begeman, Esq. #264853
3  GOLD and HAMMES, Attorneys
   1570 The Alameda #223
4  San Jose, CA 95126
   (408) 297-8750
5  Attorneys for Debtor(s)

6              UNITED STATES BANKRUPTCY COURT
7              NORTHERN DISTRICT OF CALIFORNIA

8  In re:                          Chapter 13
   JIMMIE LEE PENNY                 Case No. 11-60402 SLJ

9                                   MOTION FOR ORDER
10                                  GRANTING HARDSHIP DISCHARGE
                                    PURSUANT TO 11 U.S.C. 1328(b)
11 Debtor(s)

12 _____/

13         The Debtor(s) hereby move for an order granting a hardship discharge pursuant to 11 U.S.C.

14 1328(b), as follows:

15 1.     Debtor(s) herein filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on

16 November 10, 2011    . The plan, as it may have been modified, was confirmed on

17 January 11, 2012    .

18
19 2.     The Debtor has not yet made the final payment in this case.

20 3.     The Debtor's failure to complete the Chapter 13 plan is due to circumstances for which the

21 Debtor(s) should not justly be held accountable, as described in the Debtor's Declaration filed herein.

22 4.     Modification of the plan is not practical, in that it would not be able to cure the defect that

23 disqualifies the Debtor for a discharge pursuant to 11 U.S.C. Sec. 1328(a).

24 5.     The value, as of the effective date of the plan, of property actually distributed under the plan

25 on account of each allowed unsecured claim is not less than the amount that would have been paid

26 on such claim if the estate of the Debtor(s) had been liquidated under Chapter 7 of title 11, U.S.C., on

27 such date.

28

WHEREFORE, Debtor(s) request that the Court grant a hardship discharge, or grant other just relief.

Dated: _10-3-13_

_Norma Hammes_
GOLD and HAMMES,
Attorneys for Debtor