James J. Gold, Esq. #80100
Norma L. Hammes, Esq. #80149
Jessica A. Begeman, Esq. #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
JIMMIE LEE PENNY

Chapter 13
Case No. 11-60402 SLJ

NOTICE OF MOTION FOR ORDER
GRANTING HARDSHIP DISCHARGE

Debtor(s)
_____/

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Debtor(s) hereby move the Court for an order granting the Debtor(s) herein a hardship discharge pursuant to 11 U.S.C. Sec. 1328(b) on the grounds set forth in the motion. The hearing on said motion shall be in Room __3099__, U.S. Bankruptcy Court, 280 S. First St., San Jose, California 95113, on December 19, 2013 at 10:00 AM, or as soon thereafter as the matter may be heard.

ANY PARTY WISHING TO OBJECT TO THE MOTION HEREIN must file and serve such objection according to the Rules of Court.

Dated: 10-3-13

*Norma Hammes*
GOLD and HAMMES,
Attorneys for Debtor(s)