James J. Gold, Esq. #80100
Norma L. Hammes, Esq. #80149
Jessica A. Begeman, Esq. #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13

JIMMIE LEE PENNY                          Case No. 11-60402 SLJ

                                          DECLARATION OF DEBTOR IN SUPPORT
                                          OF MOTION FOR HARDSHIP DISCHARGE
                                          PURSUANT TO 11 U.S.C. 1328(b)
Debtor(s)
_____/

I/We, the undersigned, declare as follows:

1.     I am [or we are] the Debtor(s) in the above-captioned Chapter 13 case.

2.     I/We have reviewed the Motion for Order Granting Hardship Discharge filed herein and all statements made in it are true and correct.

3.     Through no fault of my own, I/we cannot afford to make the payments required by my Chapter 13 plan and also pay my necessary living expenses; nor can I afford to make payments that would be required by a modified plan. More specifically, my loss of foster care income (estimated at $2,400 monthly at the time of filing) and the increase of my rent from $734 at the time of filing to $1,100 monthly now has made it very difficult for me to just pay my most basic living expenses. I can no longer afford to pay any amount for a Chapter 13 plan payment and I understand that receiving a hardship discharge will mean that my car will likely be repossessed by the lender.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/1/13                            _____
                                          Debtor, JIMMIE LEE PENNY

Dated:_____                   _____
                                          Debtor,