Form AHD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jimmie Lee Penny<br>  aka   Jimmie Lee Anderson<br>          Debtor(s) | Case No.: 11−60402 SLJ 13<br>Chapter: 13 |

## NOTICE OF HEARING ON
## DEBTOR'S APPLICATION/MOTION
## FOR HARDSHIP DISCHARGE

TO THE CREDITORS OF THE ABOVE−NAMED
DEBTOR(S) AND OTHER PARTIES IN INTEREST:

   **Notice is hereby given** that a meeting will be held in the courtroom of the Honorable Stephen L. Johnson at the date, time and location shown below to consider the following matter:

   The application of the above−named debtor(s) for an order granting a hardship discharge pursuant to 11 U.S.C. § 1328(b).

   **Notice is further given** that the last day for the filing of a complaint to determine dischargeability of any debt pursuant to 11 U.S.C. § 523(c) is:  **30 days from the date of this notice.**

| | |
|---|---|
| **DATE:**  December 19, 2013 | **TIME:**  10:00 AM |
| **LOCATION:**  U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113 | |

Dated: 11/8/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court