

James J. Gold, Esq.  #80100
Norma L. Hammes, Esq.  #80149
Jessica A. Begeman, Esq.  #264853
GOLD and HAMMES, Attorneys
1570 The Alameda, Suite 223
San Jose, CA 95126
(408) 297-8750
Attorneys for the Debtor

The following constitutes
the order of the court. Signed December 19, 2013

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Jimmie Lee Penny

_____Debtor_____/

Chapter 13
Case No. 11-6-0402 SLJ

ORDER FOR DISCHARGE UNDER 11 U.S.C. 1328(b)

Following the hearing on the Debtor's motion for a Chapter 13 discharge under 11 U.S.C. 1328(b), held on December 19, 2013,

IT IS ORDERED that the Debtor, Jimmie Lee Penny, is entitled to receive a discharge under 11 U.S.C. 1328(b), and is hereby granted that discharge.

*** END OF ORDER ***

Rev. 12/12

COURT SERVICE LIST

Pursuant to Local Rules, since all service of this order will be by electronic notice from the court, this Service List is blank.